## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>   v.<br><br>**RICHARD ALLEN HESTER,**<br><br>   Defendant. | **Case No.  CR03-0053C**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, MICHAEL DION;

The defendant appears personally and represented by counsel, LINDA SULLIVAN

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge JOHN C. COUGHENOUR.

   *Date of hearing:*     <u>SEPTEMBER 19, 2005</u>

   *Time of hearing:*     10:00 A.M.

**IT IS ORDERED** that the defendant:

   ( X )   Be released subject to full compliance with the terms of probation including immediate placement at the Tacoma Comprehensive Sanctions Center to be followed by in-patient placement in an intensive program to address defendant's gambling addiction.

   ( X )   Status Hearing:  SEPTEMBER 15, 2005 at 10:00 a.m.

   The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                                        **September 9, 2005.**

                                        _/s/ J. Kelley Arnold_____

ORDER
Page - 1

1 **J. Kelley Arnold, U.S. Magistrate Judge**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
Page - 2